```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
                                     :
DJR Holdings, LLC,                   :
                                     :
                    Plaintiff,       :     05 CV 01300 (BSJ)(DCF)
                                     :
        -v-                          :     ORDER
                                     :
Global Talent Associates, LLC,       :
                                     :
                                     :
                    Defendant.       :
------------------------------------ :
BARBARA S. JONES                     :
UNITED STATES DISTRICT JUDGE         :
                                     :
                                     :
                                     X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/27/09

   On November 17, 2008, the Court instructed Plaintiff that it would have thirty (30) days to apply for a default judgment with respect to money damages in the above-captioned case, and that a failure to do so would result in the Court closing this case on its docket. Because the Plaintiff has not applied for such relief, the Court now ORDERS that this case be closed.

**SO ORDERED:**

_____
BARBARA S. JONES
UNITED STATES DISTRICT JUDGE

Dated:   New York, New York
         May 27, 2009